

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-5-2012

# Democratic-Republican Organiz. v. Kimberly Guadagno

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-3977

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Democratic-Republican Organiz. v. Kimberly Guadagno" (2012). *2012 Decisions.* Paper 201.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/201

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 12-3977


DEMOCRATIC-REPUBLICAN ORGANIZATION OF NEW JERSEY;
EUGENE M. LAVERGNE, Esq; FREDERICK JOHN
LAVERGNE; LEONARD P. MARSHALL; SCOTT NEUMAN;
TRACY M. CAPRIONI; KIMBERLY SUE JOHNSON;
DONALD E. LETTON

v.

KIMBERLY GUADAGNO; EDWARD P. MCGETTIGAN;
TIMOTHY TYLER; JOSEPH RIPA; RITA MARIE FULGINITI;
GLORIA NOTI; CHRISTOPHER J. DURKIN; JAMES HOGAN;
BARBARA A. NETCHERT; MARY H. MELFI; PAULA
SOLLAMI-COVELLO; M. CLAIRE FRENCH; ELAINE FLYNN;
JOAN BRAMHALL; SCOTT M. COLABELLA; KRISTIN CORADO;
GILDA T. GILL; BRETT RADI; JEFF PARROTT; JOAN RAJOPPI;
NEW JERSEY REPUBLICAN PARTY; NEW JERSEY DEMOCRATIC
PARTY; JOHN HOGAN


DEMOCRATIC-REPUBLICAN ORGANIZATION OF NEW JERSEY;
EUGENE M. LAVERGNE, Esq; FREDERICK JOHN
LAVERGNE; LEONARD P. MARSHALL; TRACY M. CAPRIONI;
KIMBERLY SUE JOHNSON; DONALD E. LETTON,
                                                    Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 12-cv-05658
_____

**JUDGMENT ORDER**


Before:  FUENTES, SMITH and HARDIMAN, Circuit Judges

Having considered the record on appeal and the decision of the District Court, we affirm substantially for the reasons set forth by the District Court in its thorough and well-reasoned opinion.

We pause to note that the District Court correctly applied the balancing test set forth by the Supreme Court in *Anderson v. Celebrezzi*, 460 U.S. 780, 789 (1983). The District Court concluded that Plaintiffs failed to provide any support or evidence that the ballot placement provisions for political party candidates burdened their independent candidacies. Furthermore, the District Court recognized that New Jersey's interest in maintaining a manageable ballot sufficiently justified its statutory scheme. Additionally, it concluded that Plaintiffs failed to establish that prohibiting them from referencing the names of New Jersey's political parties in their ballot slogan impermissibly burdened their First Amendment rights, and that the State's interest of avoiding voter confusion justified the ballot slogan limitation. We find no error in this analysis. Appellants' request for final declaratory and permanent injunctive relief is dismissed as moot.

Accordingly, it is hereby ORDERED and ADJUDGED by the Court that the judgment of the District Court, entered October 10, 2012, is hereby affirmed.

BY THE COURT,

/s/ Julio M. Fuentes
Circuit Judge

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED: November 5, 2012

2